UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMIE ASUNA,

    Plaintiff,

v.

EDMOND G. BROWN, et al.,

    Defendants.

Case No. 19-cv-00913-SI

**ORDER OF TRANSFER**

Jamie Asuna filed this civil rights action under 42 U.S.C. § 1983, complaining of events or omissions that occurred at the California State Prison – Corcoran in Kings County, California. The defendants work in Kings County at that prison and in Sacramento County at the California Department of Corrections and Rehabilitation headquarters, and apparently reside in one of those counties. Both Kings County and Sacramento County are located within the venue of the Eastern District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District. Venue therefore would be proper in the Eastern District and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

**IT IS SO ORDERED**.

Dated: April 29, 2019

_____
SUSAN ILLSTON
United States District Judge